IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ASTON ANDERSON,
JACQUELIN TWIGGS,

    Plaintiffs,

v.                                                          CASE NO. 4:09-cv-00006-MP-WCS

HUMPHRIES,
JACKSONVILLE MEMORIAL HOSPITAL,
WALTER MCNEIL,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 8, recommending that Plaintiff's amended complaint, Doc. 7, be dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). The time for filing objections has passed, and none have been filed. The Court agrees that plaintiff's complaint concerning the adequacy of medical treatment received at a private hospital fails to state a civil rights claim against prison officials. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This case is dismissed with prejudice, and the Clerk is directed to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    **DONE AND ORDERED** this  *28th*   day of May, 2009

                                        *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge