IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ASTON ANDERSON, JACQUELIN TWIGGS,

      Plaintiffs,

v.                                  CASE NO. 4:09-cv-00006-MP-WCS

HUMPHRIES, JACKSONVILLE MEMORIAL HOSPITAL, WALTER MCNEIL,

      Defendants.

_____/

## O R D E R

      This matter is before the Court on Doc. 14, Report and Recommendation of the

Magistrate Judge, which recommends that this case be dismissed without prejudice for failure to

prosecute. The Magistrate filed the Report on August 6, 2009. Plaintiff has filed no objection,

and the time to do so has passed. Upon consideration, the Court agrees with the Magistrate that

the case should be dismissed. Accordingly, it is hereby

      **ORDERED AND ADJUDGED:**

      The Report and Recommendation of the Magistrate Judge (Doc. 14) is ADOPTED and
incorporated herein, and this case is DISMISSED without prejudice.

      **DONE AND ORDERED** this _14th_ day of September, 2009

          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge